USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
MARY LANDOLFI, et al.,

                Plaintiffs,

   -against-

FILM PAYMENT SERVICES,

                Defendant.
------------------------------------X

09 Civ. 08688(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that the action was filed on October 14, 2009, that service of process was made on defendant herein on October 29, 2009, and that the answer to the complaint was due by November 17, 2009. The Court's public file for this case contains no record that such answer has been made or any other communication with the Court. Accordingly, it is hereby

**ORDERED** that plaintiffs herein are directed to inform the Court by February 3, 2010 with regard to the status of this matter and plaintiffs' contemplation concerning further proceedings. In the event no timely response to this Order is submitted the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
           28 January 2010

                                     Victor Marrero
                                     U.S.D.J.